**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE as Guardian of J. DOE, a minor, and in her individual capacity,<br><br>  Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, its BOARD OF TRUSTEES, and its SUPERINTENDENT, DR. SUSAN ENFIELD, DOES I-XX and ROE entities I-XX.<br><br>  Defendants. | Case No.: 3:23-cv-00111-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ, Counsel for Plaintiffs JANE DOE as Guardian of J. Doe, a minor, and in her individual capacity, and SARA K. MONTALVO, ESQ. Counsel for Defendants WASHOE COUNTY SCHOOL DISTRICT, its

-1-

BOARD OF TRUSTEES and DR. SUSUAN ENFIELD, that this matter be dismissed against all named Defendants with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and of the Local Rules of Practice for the United States District Court for the District of Nevada Rule LR 7-1, with each party bearing their own attorneys' fees and costs.

Dated this 22nd day of November, 2024.

| | |
|---|---|
| */s/ Sara K. Montalvo* | */s Sigal Chattah* |
| SARA K. MONTALVO, ESQ. | SIGAL CHATTAH, ESQ. |
| 425 E. Ninth Street | 5875 S Rainbow Blvd #205 |
| Reno, Nevada 89512 | Las Vegas NV 89118 |
| (775) 348-0300 | (702) 360-6200 |
| sara.montalvo@washoeschools.net | Chattahlaw@gmail.com |
| Counsel for Defendants | Counsel for Plaintiffs |

## **ORDER**

IT IS THEREFORE ORDERED that the above referenced case, Case No. 3:23-cv-00111, is dismissed with prejudice, each party shall bear their own fees and costs and the matter shall be closed.

IT IS FURTHER ORDERED that oral argument scheduled for Monday, December 9, 2024, at 1:00 p.m. is vacated.

Dated this 2nd day of December, 2024.

IT IS SO ORDERED

_____
Anne R. Traum
United States District Judge